IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAY -6 P 4: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| OMEGA ENGINEERING, INC.<br>Plaintiff<br><br>v.<br><br>RAYTEK CORPORATION, et al.<br>Defendants | Civil Action No.<br>3:98 CV 0733 JCH |
| OMEGA ENGINEERING, INC.<br>Plaintiff<br><br>v.<br><br>COLE-PARMER INSTRUMENT CO., et al.<br>Defendants<br>Counterclaim Plaintiffs | Civil Action No.<br>3:98 CV 2052 JCH |
| RAYTEK CORPORATION<br>Plaintiff<br><br>v.<br><br>OMEGA ENGINEERING, INC., et al.<br>Defendants | Civil Action No.<br>3:98 CV 2276 JCH<br><br>May 6, 2004 |

## [PROPOSED] ORDER REGARDING CONSOLIDATION

The Clerk is hereby Ordered to consolidate Civil Action No. 3:98 CV 2052 (JCH) with Civil Action No. 3:98 CV 733 (JCH). For the purposes of this consolidation:

   1.   The 3:98 CV 733 (JCH) action shall be the lead case and all papers in these actions shall be filed and docketed in that case.

   2.   The record of the 98 CV 2052 (JCH) case prior to this Order shall be available to the parties in any appeal.

[Proposed] Consolidation Order.wpd

3. There are no pending claims in 3:98 CV 2276 (JCH). Accordingly, the Clerk is Ordered to close that case, but the record of 3:98 CV 2276 (JCH) prior to this Order shall be available to the parties in any appeal from the remaining consolidated action to the extent appropriate.

4. This Order does not alter the parties or claims in these three actions.

Date: May 6, 2004

/s/ Janet C. Hall
Janet C. Hall
United States District Judge